IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNA SHEARD, RICHARD ALLEN,
GABRIELLE TODD, GINA JOHNSON,
and LIONEL JOHNSON, individually
and on behalf of all others similarly
situated,

        Plaintiffs,

v.

HOME PARTNERS HOLDINGS LLC,
OPVHHJV LLC, d/b/a PATHLIGHT
PROPERTY MANAGEMENT,
and HPA US1 LLC,

        Defendants.

Case No. 3:23-CV-4012-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal Without Prejudice filed on July 29, 2025 (Doc. 65), this action was **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

        **DATED:   July 30, 2025**

                                **MONICA A. STUMP,**
                                **Clerk of Court**

                                **By:   s/ _Deana Brinkley_**
                                    **Deputy Clerk**

**APPROVED:** _____
             **NANCY J. ROSENSTENGEL**
             **Chief U.S. District Judge**